No. 78–5678. TOBIN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5679. WALLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–5680. GORDON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5686. WRIGHT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 78–5694. JOHNSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5697. FRISON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 78–5698. SWIGER *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 78–5708. RUIZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–1694. BENJAMIN FRANKLIN FEDERAL SAVINGS & LOAN ASSN. *v.* DERENCO, INC. Sup. Ct. Ore. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 78–140. APELBY *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.

No. 78–5326. TROTTI ET AL. *v.* GEORGIA. Ct. App. Ga. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.